UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALOHA AIR CONDITIONING, INC.,     CASE NO. 0-14-cv-62253 Cohn/Seltzer
a Florida corporation,

        Plaintiff,

v.

LIOR POYASTRO, individually and
COOL AIR USA, INC., a Florida
Corporation,

        Defendants.
_____/

# JOINT STIPULATION FOR ENTRY OF AGREED ORDER
# FOR PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE

**COME NOW** the parties to this cause and stipulate to the entry of the Agreed Order for Permanent Injunction and Dismissal with Prejudice in the form attached hereto.  This Order resolves all claims in this matter.

Dated:  December 24, 2014.

| | |
|---|---|
| **Bradley Legal Group, P.A.** | **Bradley Gross P.A.** |
| Counsel for Plaintiff | Counsel for Defendants |
| 15 Northeast 13th Avenue | 2645 Executive Park Drive, Ste 119 |
| Fort Lauderdale, FL 33301 | Weston, FL 33331 |
| Tel: (954) 523 6160 | Tel. (954) 217-6225 |
| Fax: (954) 523 6190 | Fax (954) 252-4435 |
| | |
| By:_____/s/_____ | By: _____/s/_____ |
| John F. Bradley, Esquire | Bradley Gross, Esquire |
| Florida Bar No. 0779910 | Florida Bar No. 59137 |
| Email: jb@bradlegal.com | Email: brad@bradleygross.com |

1